# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TAMARA HARPER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO.: |
| | ) |
| CALVIN MILLS AND OAKLEY | ) |
| TRANSPORTATION GROUP, INC., | ) |
| D/B/A OAKLEY TRANSPORT, | ) |
| INC., | ) |
| | ) |
| Defendants. | |

## NOTICE OF REMOVAL

COME NOW defendants Calvin Mills ("Mills") and Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc. ("Oakley") and file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully showing this Court the following:

1.

On May 27, 2022, plaintiff Tamara Harper filed suit against Mills and Oakley in the State Court of Bibb County, State of Georgia. A copy of the complaint and summons is attached hereto as Exhibit "A."

2.

In her complaint, plaintiff seeks to recover for personal injuries allegedly sustained as a result of a motor vehicle accident that occurred on August 12, 2020,

in Bibb County, Georgia.

3.

Plaintiff's complaint alleges that plaintiff incurred "past and present medical expenses in excess of $15,743.19" and further alleged, "Plaintiff is still receiving treatment for her injuries and will supplement with additional bills and records prior to trial." Based on conversations with plaintiff's counsel, it is apparent that plaintiff's medical bills will exceed this Court's jurisdictional threshold and that the amount in controversy is well over $75,000.00. Additionally, plaintiff has refused to stipulate that her claimed damages are less than $75,000.00.

4.

Accordingly, it is fair and reasonable to conclude that the amount in controversy exceeds $75,000 based on "reasonable deductions, reasonable inferences, [and] other reasonable extrapolations." Pretka v. Kolter City Plaza II, Inc. 608 F.3d 744, 754 (11th Cir. 2010).

5.

The thirty-day removal period does not begin to run until a defendant has been formally served with process. Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347 (1999).

6.

Defendant Oakley was served with process on June 16, 2022.

7.

Defendant Mills has not yet been served with process, but has expressly consented to the removal of this action.

8.

Defendants' Notice of Removal is timely and the matter and amount in controversy requirement of 28 U.S.C. § 1332 is satisfied.

9.

According to plaintiffs' complaint, they are both citizens and residents of the State of Georgia. (Complaint ¶4).

10.

Defendant Oakley is a Florida corporation with a principal place of business in Lake Wales, Florida, as shown by the entity's corporate entry with the Florida Secretary of State, a copy of which is attached as Exhibit "B". Oakley's citizenship is therefore established in the State of Florida for diversity of citizenship purposes. See 28 U.S.C. § 1332(c) (providing that a corporation is deemed to be a citizen of every state in which it was incorporated, as well as the state in which it maintains its principal place of business).

11.

Defendant Mills is a citizen and resident of Spartanburg County, South Carolina, as alleged in plaintiffs' complaint. (Complaint ¶ 3).

12.

This Court has diversity jurisdiction over the suit under 28 U.S.C. § 1332 because (1) plaintiffs and defendants are citizens of different states; and (2) the amount in controversy exceeds $75,000, exclusive of interests and costs.

13

Attached hereto as Exhibit "C" and made a part hereof by reference is a true copy of the Notice of Removal filed by defendants in the State Court of Bibb County, Georgia.

14.

Attached hereto as Exhibit "D" are copies of all pleadings served upon defendants in this case.

WHEREFORE, defendants Oakley and Mills pray that the case be removed to the United States District Court for the Middle District of Georgia, Macon Division.

This 15th day of July, 2022.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Lauren P. Kamensky*
_____
Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## CERTIFICATE

Defendants in the case of <u>Tamara Harper v. Calvin Mills and Oakley Transportation Group, Inc. D/B/A/ Oakley Transport, Inc.,</u> Civil Action File No. 22-SCCV-094326, in the State Court of Bibb County, Georgia, have given notice of the filing of the foregoing notice of removal to plaintiff <u>Tamara Harper</u>, and her attorneys, by mailing a copy of the notice to Kenneth S. Nugent, P.C., One Bull Street, Suite 400, Savannah, Georgia 31401, and have filed a copy of the Notice of Removal with the Clerk of the State Court of Bibb County, Georgia, in accordance with the provisions of Title 28, United States Code, §1446, Judiciary and Judicial Procedure, as amended. The undersigned, Lauren P. Kamensky, attorney for defendants hereby certifies to the truthfulness and correctness of the above statement.

This 15th day of July, 2022.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Lauren P. Kamensky*
_____
Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that she has filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF-GA e-file and serve system which will send email notification of said filing to the following attorneys of record:

M. Brian Clements
KENNETH S. NUGENT, P.C.
One Bull Street, Suite 400
Savannah, Georgia 31401

This 15th day of July, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren P. Kamensky*
_____
Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendant*

1355 Peachtree Street, NE.
The Peachtree, Suite 300
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
david.atkinson@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

4886-1481-1396, v. 1