# STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER 22-SCCV-094326

Harper, Tamara

**PLAINTIFF**

VS.

Mills, Calvin
Oakley Transportation Group, Inc.

**DEFENDANTS**

## SUMMONS

TO: OAKLEY TRANSPORTATION GROUP, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**M. Brian Clements**
**Attorney Ken Nugent**
**1 Bull St Suite 400**
**Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 27th day of May, 2022.

Clerk of State Court

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

Page 1 of 1

EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**22-SCCV-094326**
JBH
MAY 27, 2022 12:32 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TAMARA HARPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. _____ |
| | ) |
| CALVIN MILLS AND OAKLEY | ) |
| TRANSPORTATION GROUP, INC. D/B/A | ) |
| OAKLEY TRANSPORT, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

COMES NOW TAMARA HARPER, by and through undersigned counsel, and files this, her Complaint against CALVIN MILLS and OAKLEY TRANSPORTATION GROUP, INC. D/B/A OAKLEY TRANSPORT, INC. showing this Honorable Court the following:

### PARTIES, JURISDICTION, VENUE, AND SERVICE OF PROCESS

1. This is an action resulting from a motor vehicle accident that occurred on or about August 12, 2020, in Macon, Bibb County, Georgia.

2. Plaintiff TAMARA HARPER is a resident of Bulloch County, Georgia.

3. Defendant CALVIN MILLS is a resident of Spartanburg County, South Carolina and may be personally served at his residence located at 178 Joyner Lane, Wellford, South Carolina, 29385.

4. Defendant OAKLEY TRANSPORTATION GROUP, INC. D/B/A OAKLEY TRANSPORT, INC. is a foreign corporation that is licensed to do business in the State of Georgia and can be served through its registered agent, National Registered Agents, Inc., at 289 S. Culver Street, Lawrenceville, Georgia, 30046.

5. Venue and jurisdiction are proper in this Court.

## FACTS

6. On or about August 12, 2020, Plaintiff TAMARA HARPER was driving a 2013 Honda Pilot traveling southbound on Interstate 75 in Macon, Bibb County, Georgia.

7. At said time and place, Defendant Calvin Mills ("Defendant Mills") was operating a 2020 Volvo Truck, owned and maintained by Defendant Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc. traveling immediately behind a 2003 Chevrolet Suburban towing a u-haul trailer immediately behind the Plaintiff's vehicle on Interstate 75 in Macon, Bibb County, Georgia.

8. At said time and place, Defendant Mills was following too closely to the vehicle ahead of his, causing his vehicle to collide into the rear of the U-haul trailer causing that vehicle to be catapulted into the vehicle driven by Plaintiff..

## COUNT ONE: NEGLIGENCE OF DEFENDANT MILLS

9. Plaintiff incorporates the preceding allegations as if fully set forth herein.

10. Defendant Mills had a duty to yield for traffic in front of him.

11. The collision resulted from the negligence of Defendant Mills.

12. The acts of negligence on the part of Defendant Mills consist of, among other things:

    (a) failure to exercise due care, a violation of O. C. G. A. §40-6-93, said violation constituting negligence *per se*;

    (b) failure to maintain lane, a violation of O. C. G. A. §40-6-48, said violation constituting negligence *per se*;

    (c) following too closely, a violation of O.C. G. A. § 40-6-49, said violation constituting negligence *per se*;

 (d) failure to maintain proper lookout; and

 (e) otherwise being negligent and careless in the operation of a motor vehicle.

13. As a result of Defendant Mills' negligence, Plaintiff TAMARA HARPER was seriously injured.

14. Defendant Mills is liable for his negligence which caused Plaintiff's injuries.

15 As a result of the incident, Plaintiff incurred substantial medical expenses.

16. As a result of the incident, Plaintiff has sustained serious and permanent injuries.

17. As a result of the incident, Plaintiff has endured substantial pain and suffering and will in the future endure additional pain and suffering.

## COUNT TWO: NEGLIGENCE OF DEFENDANT OAKLEY TRANSPORTATION GROUP, INC. D/B/A OAKLEY TRANSPORT, INC.

18. Plaintiff incorporates the preceding allegations as if fully set forth herein.

19. Plaintiff is informed and believe that at all times relevant to Plaintiff's Complaint, Defendant Mills was the agent, servant, and/or employee of the Defendant Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc., and at the time of the incident which is the subject of Plaintiff's Complaint, was in the course and scope of his employment with Defendant Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc.

20. Defendant Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc. was negligent in one or more of the following respects:

 (a) By failing to properly train its agent and employee Defendant Mills;

 (b) By failing to properly supervise its agent and employee Defendant Mills;

 (c) By being responsible for the conduct of its agent and employee, Defendant Mills;

(d) By negligently entrusting the vehicle to Defendant Mills who was unfit to safely operate the vehicle and knowing Defendant Mills was unfit to operate the vehicle; and

(e) By being responsible for the conduct of its agent and employee Defendant Mills under the doctrine of *Respondeat Superior*.

21. All of the injuries and damages, past, present and prospective to Plaintiff were, are, and will be due to the negligence and carelessness of Defendant Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc.

## COUNT THREE: INJURIES AND DAMAGES TO PLAINTIFF TAMARA HARPER

22. Plaintiff incorporates the preceding allegations as if fully set forth herein.

23. As a direct and proximate result of the actions of Defendants, Plaintiff has sustained:

(a) Great bodily injury, suffered personal injuries, incurred expensive medical, doctor, hospital, nursing, and drug bills, suffered pain and mental anguish, suffered impairment, anxiety, inconvenience and will continue to suffer same in the future; all to Plaintiff's general damage and detriment;

(b) past, present and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life;

(c) past and present medical expenses in excess of $15,743.19 (Plaintiff is still receiving treatment for her injuries and will supplement with additional bills and records prior to trial);

(d) future medical expenses in an amount to be determined; and

(e) out-of-pocket expenses in an amount to be determined.

4

WHEREFORE, Plaintiffs prays for the following:

(a) That summons and process issue, as provided by law, requiring each Defendant to appear and answer Plaintiff's Complaint;

(b) That service be had upon each Defendant as provided by law;

(c) That Plaintiff be awarded actual, general, special damages;

(d) That Plaintiff has judgment against Defendants for all costs of Court;

(e) That Plaintiff has a trial by a jury as to all issues; and

(f) That Plaintiff has such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 27th day of May, 2022.

KENNETH S. NUGENT, P.C.

/s/ M. Brian Clements
M. Brian Clements
Georgia Bar No. 130098
Jan P. Cohen
Georgia Bar No.174337
*Attorneys for Plaintiff*

One Bull Street
Suite 400
Savannah, Georgia 31401
(912) 447-5984
bclements@attorneykennugent.com

5